

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Daril Osias,                                    * From the 244th District Court
                                                  of Ector County
                                                  Trial Court No. C-16-0966-CR.

Vs. No. 11-17-00067-CR                          * March 29, 2019

The State of Texas,                             * Memorandum Opinion by Wright, S.C.J.
                                                  (Panel consists of: Bailey, C.J.,
                                                  Stretcher, J., and Wright, S.C.J.,
                                                  sitting by assignment)
                                                  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.